================================================================
## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
================================================================

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Mark Falk |
| v. | : | Mag. No. 14-3865 |
| BASSIM M. FARDOS,<br>a/k/a "Fardos Bassim" | : | **CRIMINAL COMPLAINT** |

I, Edgar W. Koby, Jr., being duly sworn state the following is true and correct to the best of my knowledge and belief:

### SEE ATTACHMENT A

I further state that I am a Special Agent with the Federal Bureau of Investigation and that this complaint is based on the following facts:

### SEE ATTACHMENT B

Continued on the attached pages and made a part hereof.

_____
Special Agent Edgar W. Koby, Jr.
Federal Bureau of Investigation

Sworn to before me and subscribed
in my presence, December 12, 2014
in Essex County, New Jersey.

HONORABLE MARK FALK
UNITED STATES MAGISTRATE JUDGE

_____
Signature of Judicial Officer

## ATTACHMENT A

From in or about September 2014 through on or about December 12, 2014, in Union County, in the District of New Jersey, and elsewhere, defendant

BASSIM M. FARDOS,
a/k/a "Fardos Bassim"

did knowingly embezzle, steal, and unlawfully take, carry away, and conceal from a motortruck, trailer, other vehicle, storage facility, station, station house, platform, depot, intermodal container, trailer, container freight station, warehouse, and freight consolidation facility, with intent to convert to his own use, goods and chattels, valued in excess of $1,000, moving as and which were a part of and which constituted an interstate and foreign shipment of freight, express, and other property; and did buy and receive and have in his possession any such goods and chattels, knowing the same to have been embezzled and stolen.

In violation of Title 18, United States Code, Section 659.

## ATTACHMENT B

I, Edgar W. Koby, Jr., am a Special Agent with the Federal Bureau of Investigation. I have conducted an investigation and discussed this matter with other law enforcement officers who have participated in this investigation, and have knowledge of the following facts. Because this affidavit is being submitted for the limited purpose of establishing probable cause, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts which I believe are necessary to establish probable cause. Unless specifically indicated, all dates described in this affidavit are approximate, and all conversations and statements described in this affidavit are related in substance and in part.

1. On or about September 8, 2014, a shipment of light bulbs was stolen from a trucking yard in or around Newark, New Jersey (the "Stolen Light Bulbs"). Law enforcement agents subsequently contacted the owner of the Stolen Light Bulbs, who confirmed the theft.

2. On or about September 23, 2014, law enforcement agents learned from a Confidential Informant ("CI-1") that, beginning on or about September 21, 2014, defendant BASSIM FARDOS, a/k/a "Fardos Bassim" (hereinafter "defendant FARDOS") had control of the Stolen Light Bulbs and that the Stolen Light Bulbs were at a warehouse in or around Plainfield, New Jersey.

3. On or about December 4, 2014, at the direction of law enforcement, a second Confidential Informant ("CI-2") made a recorded telephone call to defendant FARDOS. During the telephone call, CI-2 offered to purchase the Stolen Light Bulbs from defendant FARDOS. Defendant FARDOS demonstrated a familiarity with both the Stolen Light Bulbs and the warehouse where the Stolen Light Bulbs were stored. Defendant FARDOS represented that he had control of the Stolen Light Bulbs. Defendant FARDOS told CI-2, in substance and in part, that he would sell CI-2 the entire shipment of Stolen Light Bulbs for $15,000, which, according to defendant FARDOS, was the amount that defendant FARDOS paid for the Stolen Light Bulbs. Defendant FARDOS also acknowledged that, were he to sell the Stolen Light Bulbs, he would not provide a receipt or other documentation of the sale. Defendant FARDOS made other statements consistent with his possession of and control over the Stolen Light Bulbs, including, but not limited to, the number of pallets in the shipment, the quantity of boxes packaged for individual sale, the types of light bulbs in the shipment, and the retail value of various types of light bulbs.